NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IKORONGO TEXAS LLC, IKORONGO TECHNOLOGY LLC,**

*Plaintiffs-Appellants*

**v.**

**BUMBLE TRADING LLC,**

*Defendant-Appellee*

---

2022-2044

---

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-00256-ADA, Judge Alan D. Albright.

---

## JUDGMENT

---

NATHAN HALL, Nix Patterson, LLP, Austin, TX, argued for plaintiffs-appellants. Also represented by JESSICA UNDERWOOD, NICHOLAS ANDREW WYSS; KARL RUPP, Sorey & Hoover LLP, Waco, TX; HOWARD N. WISNIA, Wisnia PC, San Diego, CA.

NOAH CAREY GRAUBART, Fish & Richardson P.C., Atlanta, GA, argued for defendant-appellee. Also

represented by ASHLEY BOLT; RUFFIN B. CORDELL, Washington, DC; ANDREW PEARSON, Boston, MA.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PROST, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 8, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court